**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMANT DIVISION**

| | | |
|---|---|---|
| GABRIELLA MCADOO fka | § | |
| ELVIA G. CAMANCHO AND | § | |
| ELVIA WARREN, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 4:18cv00729-ALM-KPJ |
| | § | |
| VS. | § | |
| | § | |
| LIBERTY LIFE ASSURANCE | § | |
| COMPANY OF BOSTON | § | |
| | § | |
| Defendant. | § | |

**SCHEDULING ORDER (ERISA CASE)**

After reviewing the report from the parties required by Fed. R. Civ. P. 26(f) and after consulting with the parties by mail or a scheduling conference, the court hereby enters the following Scheduling Order pursuant to this court's Local Rule CV-16 and Fed. R. Civ. P. 16:

| | | |
|---|---|---|
| 1. | March 6, 2019 | All discovery shall be commenced in time to be completed by this date |
| 2. | April 3, 2019 | Deadline to mediate the case |
| 3. | April 17, 2019 | Joint Stipulated Record to be filed by the Parties by this date |
| 4. | May 6, 2019 | Parties' Opening Briefs to be filed by this date |
| 5. | May 20, 2019 | Parties' Response Briefs to be filed by this date |