**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

**DATE**: 1/28/19

| | |
|---|---|
| **UNITED STATES MAGISTRATE JUDGE** | **COURT REPORTER: Digital Recording** Plano 108 |
| **KIMBERLY C. PRIEST JOHNSON** | **COURTROOM DEPUTY:** Toya McEwen |

| | |
|---|---|
| Theresita Makanas<br>v<br>Thomson Reuter (Tax & Accouting) Inc | **Case Number: 4:18-cv-659 ALM/KPJ** |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANT** |
| **Dorotha Michelle Ocker** | **Diana Tabacopoulos** |
| | |
| **Jose Luis Garcia<br>v<br>Courtyard Management Corporation, Marriott International Administrative Services Inc** | **Case Number: 4:18-cv-688 ALM/KPJ** |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANTS** |
| **Javier Perez (lead)** | **Jennifer Ashmos Youpa (lead)** |
| | |
| **Gabriella McAdoo<br>v<br>Liberty Life Assurance Company of Boston** | **Case Number: 4:18-cv-729 ALM/KPJ** |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANT** |
| **Robert Goodman Jr** | **Iwana Rademaekers** |
| | |
| **Watters Creek Owner LLC<br>v<br>Lerner New York Inc** | **Case Number: 4:18-cv-769 ALM/KPJ** |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANT** |
| **Kristopher Dennis Hill (lead) & Anthony Begon** | **Kendal Brian Reed** |
| | |

| | |
|---|---|
| **Lakeside Montessori Academy LLC<br>v<br>Hartford Lloyd's Insurance Company** | **Case Number: 4:18-cv-771 ALM/KPJ** |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANT** |
| **Heather Elizabeth Hall (lead)** | **Laura Grabouski (lead)** |
| | |
| **Roger K Hubele Living Trust<br>v<br>Sante Fe Petroleum Inc** | **Case Number: 4:18-cv-810 ALM/KPJ** |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANT** |
| **Patrick Joseph Schurr** | **Edward E Wachendorfer (did not appear)** |

**On this day, came the parties by their attorneys, the following proceedings were held in Plano, Texas: Rule 16 Management Conference**

**OPEN: 1:45 pm** **ADJOURN: 2:53 pm**

| TIME: | MINUTES: |
|---|---|
| 1:45 pm | Court opened, Court addressed parties and advised how the hearing will go forward. Court also advised that there were problems with the digital recording. Court explained how cases are handled as consent or not consented. |
| 1:48 pm | Court advised parties to not file motion to compel, rather call the Court and advise the law clerk what the issue has arisen. |
| 1:50 pm | Court directed parties to the website for the form for protective orders. |
| 1:50 pm | Court discussed mediation. Court advised parties that court-held mediation is available, if all parties want and agree to court-held mediation. |
| 1:52 pm | Court called 4:18cv810, announcements made. Patrick Schurr appeared. Edward Wachendorfer did not appear. Court asked question as to jurisdiction. Reply by Patrick Schurr. Discussion held by the Court. |
| 1:56 pm | Case will be dismissed. |
| 1:56 pm | 4:18cv688, parties agreed to go forward with hearing without a digital recording, if it is not working. Court discussed status of the case since the report has been filed. Court addressed disclosures, deadlines and dates. No additional issues by parties. |
| 2:00 pm | 4:18cv771 called, announcement made, attorneys agreed to go forward with the hearing without the digital recording. Heather Hall advised Court of damages amount. There were not issues with disclosures. Parties discussed mediation. Court granted Motion to Amend Answer (Dkt. 13). Court discussed scheduling order. |
| 2:06 pm | 4:18cv729 called, announcements made. Court discussed discovery, deadlines and dates. Robert Goodman discussed possible motion to remand that might be filed. Nothing additional by either parties. |

| TIME: | MINUTES: |
|---|---|
| 2:10 pm | 4:18cv769 called, announcements made. Kristopher Hill addressed amount of damages. Initial disclosures discussed. Court reviewed deadlines and date. No additional issues by either party. |
| 2:13 pm | 4:18cv659 called, announcements made, parties agreed to go forward without a digital recording. Reply by Diana Tabacopoulas. Discussion by the Court as to production. Reply by Dorthoa Ocker. Reply by Diana Tabacopoulos. |
| 2:25 pm | Court recessed to allow attorneys to confer in the conference room. |
| 2:46 pm | Back on the record, parties advised the Court that they agreement as to discovery. Court reviewed the joint report with parties. |
| 2:49 pm | Reply by Dorthoa Ocker. |
| 2:50 pm | Court discussed deadlines, dates and ESI. |
| 2:53 pm | Nothing additional by either party. Court adjourned. |

**DAVID A. O'TOOLE, CLERK**

**BY: Toya McEwen**
**Courtroom Deputy Clerk**