IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| GABRIELLA MCADOO fka<br>ELVIA G. CAMANCHO AND<br>ELVIA WARREN,<br><br>Plaintiff, | §<br>§<br>§<br>§<br>§<br>§ | |
| V. | § | Civil Action No. 4:18-cv-00729-ALM-KPJ |
| THE LIBERTY LIFE ASSURANCE<br>COMPANY OF BOSTON<br><br>Defendant. | §<br>§<br>§<br>§<br>§ | |

NOTICE OF AGREEMENT OF APPOINTMENT OF MEDIATOR

Plaintiff, Gabriella McAdoo and Defendant, The Liberty Life Assurance Company of Boston file this Notice of Agreement of Appointment of Mediator and would respectfully show the Court as follows:

Pursuant to the Court's Scheduling Order signed, February 8, 2019, the Parties advise the Court they have agreed on Jeff Jury of Burns Anderson Jury & Brenner, L.L.P., 4807 Spicewood Springs Road, Building 4, Suite 100, Austin, Texas 78759, to serve as mediator in this matter.

WHEREFORE, the Parties respectfully request the Court appoint Jeff Jury as mediator in this matter.

Respectfully submitted,

/s/ Robert E. Goodman, Jr.
Robert E. Goodman, Jr.
State Bar No. 08158100
reg@kilgorelaw.com
Kilgore & Kilgore, PLLC
3109 Carlisle Street
Dallas, Texas 75204
(214) 379-0823
(214) 379-0840 (telecopy)

COUNSEL FOR PLAINTIFF

/s/ Iwana Rademaekers
Iwana Rademaekers
State Bar No. 16452560
iwana@rademaekerslaw.com
Law Offices of Iwana Rademaekers, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
(214) 579-9319
(469) 444-6456 (telecopy)

COUNSEL FOR DEFENDANT

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served through the Court's electronic filing system upon Defendant's counsel of record this 22nd day of February, 2019 as follows:

Iwana Rademaekers
iwana@rademaekerslaw.com
Law Offices of Iwana Rademaekers, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254

/s/ Robert E. Goodman, Jr.
Robert E. Goodman, Jr.