**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **GABRIELLA MCADOO fka ELVIA G. CAMANCHO, and ELVIA WARREN,** | § | |
| **Plaintiffs,** | § | **CIVIL ACTION NO. 4:18-CV-00729** **JUDGE MAZZANT/JUDGE JOHNSON** |
| **v.** | § | |
| **THE LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** | § | |
| **Defendant.** | § | |

**ORDER REGARDING DESIGNATION OF MEDIATOR**

The Court hereby **ORDERS** that this case be submitted to mediation in accordance with this Court's Mediation Plan. By agreement of the parties (*see* Dkt. 9), the mediator assigned is:

Jeff Jury
Burns Anderson Jury & Brenner, L.L.P.
4807 Spicewood Springs Road, Building 4, Suite 100
Austin, Texas 78759.
(512) 338-5322.

The mediation conference shall be conducted by April 3, 2019. *See* Dkt. 8.

The mediator shall be responsible for communicating with all counsel to coordinate a date for the mediation.

The mediator shall file a report within five (5) days of the completion of the mediation conference.

**IT IS SO ORDERED.**

**SIGNED this 25th day of February, 2019.**

KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE