**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| GABRIELLA MCADOO fka | § | |
| ELVIA G. CAMANCHO AND | § | |
| ELVIA WARREN, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 4:18cv00729-ALM-KPJ |
| | § | |
| VS. | § | |
| | § | |
| LIBERTY LIFE ASSURANCE | § | |
| COMPANY OF BOSTON | § | |
| | § | |
| Defendant. | § | |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Gabriella McAdoo f/k/a Elvia G. Camancho and Elvia Warren and Defendant Liberty Life Assurance Company of Boston file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 6th day of May 2019.

Respectfully submitted,

By: /s/ Robert E. Goodman, Jr.
Robert E. Goodman, Jr.
Texas Bar No. 08158100

KILGORE & KILGORE, PLLC
3109 Carlisle Street
Dallas, Texas 75204
PH: (214) 379-0823
FX: (214) 379-0840
Email: reg@kilgorelaw.com

ATTORNEYS FOR PLAINTIFF

- AND -

By: /s/ Iwana Rademaekers
Iwana Rademaekers
State Bar of Texas No. 16452560

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT